## FIBRE OPTIC PLUS, INC. *v.* XL SPECIALTY INSURANCE COMPANY ET AL.**

The petition by the defendants American Networks International, LLC, and Semac Electric Company, Inc., for certification for appeal from the Appellate Court, 125 Conn. App. 399 (AC 30366), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court rendered judgment within the time constraints set forth in General Statutes § 51-183b?"

ROGERS, C. J., and EVELEIGH, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18741.

* The appeal was withdrawn June 26, 2012.
** The appeal was withdrawn February 14, 2012.

*Campbell D. Barrett* and *Jon T. Kukucka,* in support of the petition.

*James H. Howard,* in opposition.

Decided February 1, 2011